

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FILED'08 JUN 2 9:13USDC-ORP

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARION WELLS,**<br><br>Defendant. | CR 08- CR '08258 - JO<br><br>MISDEMEANOR INFORMATION<br><br>29 U.S.C. § 439(b) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### Falsification of Annual Financial Report Filed by Labor Union
### (29 U.S.C. § 439(b))

1. At all relevant times, International Longshore and Warehouse Union Local Union 40 ("LU 40") was a labor organization in an industry affecting commerce within the meaning of 29 U.S.C. §§ 402(i) and 402(j).

2. On or about March 31, 2005, in the District of Oregon, the defendant, **MARION WELLS**, did knowingly cause to be made a false statement and representation of material fact in a report required to be filed by LU 40 with the Secretary of Labor pursuant to 29 U.S.C. § 431, that is, the U.S. Department of Labor's annual financial report form LM-2; all in violation of 29 U.S.C. § 439(b), a Class A Misdemeanor.

Dated this 30 day of May 2008.

KARIN J. IMMERGUT
United States Attorney

CRAIG J. GABRIEL
Assistant United States Attorney